PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Joseph Ciaccio                   Cr.: 22-00040-001
                                                                                              PACTS #: 6705733

Name of Assigned Judicial Officer:      THE HONORABLE JOHN MICHAEL VAZQUEZ
                                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/18/2021

Original Offense:     Count One: Conspiracy to Commit Wire Fraud in Connection with Telemarketing, 18 U.S.C. § 1349 and 2326

Original Sentence: 2 days imprisonment, 24 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Mental Health Treatment, Search/Seizure, No New Debt/Credit, Forfeiture, $100 Special Assessment, $3,500,000 Restitution

Type of Supervision: Supervised Release                   Date Supervision Commenced: 11/18/2021

## SUMMARY

We are writing to inform Your Honor that Mr. Ciaccio was prescribed medicinal marijuana on January 21, 2022, for chronic pain of visceral origin, opioid use disorder, post-traumatic stress disorder (PTSD) and chronic pain related to musculoskeletal disorders. The prescription was issued by Alfred D. Kulik, M.D, located in Fort Lee, New Jersey. According to his presentence report, Mr. Ciaccio was involved in a motorcycle accident in September 2019 and "suffered catastrophic brain and spinal injuries." He is paralyzed from the waist down and will not likely recover. He currently resides in a nursing facility, as he requires full-time care.

Mr. Ciaccio does have a history of opioid addiction and is currently engaged in narcotics anonymous and outpatient substance abuse treatment at Oaks Center in Montclair, New Jersey. He did admit to marijuana use on March 11, 2022. Mr. Ciaccio is seeking the Court's permission to use his medicinal marijuana card.

                                                                      Respectfully submitted,

                                                                      SUSAN M. SMALLEY, Chief
                                                                      U.S. Probation Officer

                                                                      *Dana Hafner*

                                                             By:    DANA HAFNER
                                                                         Senior U.S. Probation Officer

/ dh

Prob 12A – page 2
Joseph Ciaccio

APPROVED:

_Elisa Martinez/jj_  04/27/22
ELISA MARTINEZ  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] The Court APPROVES of the individual's admittance into the state's medical marijuana program and marijuana (THC) will be omitted from the drug-testing regiment.

[ ] The Court DOES NOT APPROVE of the individual's admittance into the state's medical marijuana program and the Probation Office will continue testing for THC

[ ] Other

_____
Signature of Judicial Officer

4/27/2022
Date